UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KELLY ANN MOORE,<br>    Plaintiff<br><br>V.<br><br>UNUM LIFE INSURANCE COMPANY OF<br>AMERICA and MASSACHUSETTS<br>TEACHERS ASSOCIATION PLAN,<br>    Defendant | CIVIL ACTION NO. 13-CV-10593-MLW |

## JOINT MOTION TO REVISE BRIEFING SCHEDULE

In this ERISA action, the current timetable for the parties is to file cross-motions for judgment based upon the administrative record by March 14, 2014, responses by April 11, 2014, and a hearing on April 25, 2014.

While the parties are preparing cross-motions for judgment, the parties have also engaged in discussions to resolve the case. In order to give additional time to determine if a resolution can be reached, the parties request that the time to file cross-motions for judgment be amended to March 28, 2014. The deadlines for responses to the cross-motions and the hearing date would remain the same.

*Allowed. The parties shall, by March 28, 2014, report whether this case has been settled.*

*Wolf, DJ*

*March 14, 2014*

{Practice Areas/LIT/16310/00123/A2535684.DOC}